UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                    24-CR-113-LJV

    -v-                                     REPORT AND RECOMMENDATION

JESSICA LEYLAND,
             Defendant.
_____

      By Order of the Honorable Lawrence J. Vilardo dated August 21, 2024 and filed October 2, 2024, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation to the defendant's plea of guilty.

      On October 2, 2024, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure and that your Honor adjudge the defendant guilty of the offense to which the guilty plea was offered.

      **SO ORDERED**.

DATED:    October 2, 2024
               Buffalo, New York

                                  */s/ Michael J. Roemer*
                                  MICHAEL J. ROEMER
                                  United States Magistrate Judge